UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:08CV532 CDP ) |
| BUFFA CONCRETE CONTRACTORS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

On January 20, 2009, I ordered plaintiffs to report on the status of this case, and indicate whether this case will be going forward. On January 23, 2009, plaintiffs responded, and told me that a final report from their accountants was forthcoming, and that, within 45 days, plaintiffs would be prepared to file a default judgment. More than 45 days have passed, and there has been no activity in this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall, within **fourteen (14) days** of the date of this Order, report to the Court on the status of this case, and indicate whether, and how, this case will be going forward.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of March, 2009.